# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rovner, Ilana D | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>219 S. Dearborn St.<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | ██████████ |
| 2. Member, Board of Overseers | ██████████ |
| 3. Member, Board of Directors | ██████████ |
| 4. Trustee | Trust |
| 5. Guardian (pro bono) | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Dana D | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | ▬▬▬▬▬ Salary |
| 2. | 2005 | ▬▬▬▬▬ Fees |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Harvard Law School | Cambridge, MA - November 17 - teaching at the Law School (meals, transportation, and two nights' lodging) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Partial Honorary Membership | ████████ | $ 1,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. | A | Dividend | J | T | | | | | |
| 2. Fidelity Investment Acct #1 | | | | | | | | | |
| 3. -Fidelity Municipal MMF | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch IRA Acct #1 | A | Dividend | J | T | | | | | |
| 5. -ML Bank USA Rasp | | | | | | | | | Name chg inadv om. in CY04 |
| 6. -Eaton Vance Tax Advantage | | | | | Sell part | 8/11 | J | A | |
| 7. -Old Mutual/Claymore Shrt Fund | | | | | Buy | 8/26 | K | | |
| 8. Merrill Lynch IRA Acct #2 | A | Dividend | J | T | | | | | |
| 9. | A | Distribution | | | | | | | |
| 10. -Advent Claymore | | | | | Sell | 4/1 | J | | |
| 11. -ML Bank USA Rasp | | | | | | | | | |
| 12. -Enhanced Equity Yield Fund | | | | | Buy | 5/4 | K | | |
| 13. Investment Club | B | Dividend | M | T | | | | | |
| 14. | A | Interest | | | | | | | |
| 15. -General Electric Common Stock | | | | | | | | | |
| 16. -Pfizer Inc. Common Stock | | | | | Sell | 3/28 | J | | |
| 17. | | | | | Buy | 5/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sell | 10/26 | J | | |
| 19. -Royal Dutch Petroleum Common Stock | | | | | | | | | |
| 20. -Cisco Systems Common Stock | | | | | Buy | 5/25 | J | | |
| 21. -Amgen Inc. CS | | | | | Sell | 9/28 | J | B | |
| 22. -JP Morgan Account | | | | | | | | | Name Chg from Bank One Acc |
| 23. -JP Morgan Liquid Assets MMKT | | | | | | | | | Name Chg from One Gr Prime |
| 24. -ConocoPhillips | | | | | | | | | |
| 25. -Chevron Texaco Corp. CS | | | | | | | | | |
| 26. -Best Buy Company Inc. | | | | | Sell | 3/28 | K | A | |
| 27. -Alltel Corp. | | | | | Sell | 1/27 | J | A | |
| 28. -OMI Corp New | | | | | Sell | 5/25 | J | D | |
| 29. -North Fork Bancorp Inc. | | | | | Sell | 3/28 | J | A | |
| 30. -AK Stl Hldg Corp CS | | | | | Sell | 9/28 | J | | |
| 31. -BJS Wholesale Club Inc. CS | | | | | Sell | 1/27 | J | B | |
| 32. -Chicago Bridge & Iron Co | | | | | Sell | 1/27 | J | B | |
| 33. -Countrywide Cr Inds Inc.CS | | | | | | | | | |
| 34. -Dynegy Inc. New | | | | | Sell | 10/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Intel Corp CS | | | | | | | | | |
| 36. -Interdigital Communications Corp. | | | | | | | | | |
| 37. -IBM Corp Common Stock | | | | | Sell | 5/25 | K | | |
| 38. -Sirius Satellite Radio Inc. CS | | | | | Sell | 11/28 | J | A | |
| 39. -Wrigley WM JR Co CS | | | | | Sell | 11/28 | J | A | |
| 40. -XM Satellite Radio Hlds Inc. | | | | | | | | | |
| 41. -Aegon N Visin | | | | | Buy | 10/26 | J | | |
| 42. -Agrium Inc. | | | | | Buy | 1/27 | J | | |
| 43. | | | | | Buy | 4/27 | J | | |
| 44. -Apple Computer Inc. | | | | | Buy | 10/26 | J | | |
| 45. -E-Trade Financial Corp. | | | | | Buy | 6/30 | J | | |
| 46. -Glaxonsmithkline PLC | | | | | Buy | 10/26 | J | | |
| 47. -Intl Paper Co. | | | | | Buy | 11/28 | J | | |
| 48. -Ishares Inc. MSCI Pacific Japan Index Fund | | | | | Buy | 2/25 | J | | |
| 49. | | | | | Buy | 3/28 | J | | |
| 50. -Motorola Inc. | | | | | Buy | 5/25 | J | | |
| 51. -Ishares Inc MSCI Japan Index Fund | | | | | Buy | 8/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Procter & Gamble Co. | | | | | Buy | 2/25 | J | | |
| 53. -St.Paul Travelers Inc. | | | | | Buy | 9/28 | J | | |
| 54. -Shaw Group Inc. | | | | | Buy | 6/30 | J | | |
| 55. -Smithfield Foods Inc. | | | | | Buy | 8/29 | J | | |
| 56. -Telus Corp. Non Vtg Shs | | | | | Buy | 6/30 | J | | |
| 57. -Barnes and Noble Inc. | | | | | Buy | 2/25 | J | | |
| 58. | | | | | Sell | 8/29 | J | A | |
| 59. -Choicepoint Inc. | | | | | Buy | 1/27 | J | | |
| 60. | | | | | Sell | 2/23 | J | | |
| 61. -Zebra Technologies | | | | | Buy | 2/22 | J | | |
| 62. | | | | | Sell | 6/30 | J | | |
| 63. Fidelity IRA Acct#1 | A | Dividend | | | | | | | |
| 64. -Spartan 500 Index | | | | | Transfer | 12/23 | J | | Transfr to Fidelity IRA #3 |
| 65. Fidelity IRA Acct #2 | A | Dividend | K | T | | | | | |
| 66. | A | Distribution | | | | | | | |
| 67. -Spartan 500 Index | | | | | Redemption | 3/10 | K | | Exchange to Fid Sel Energy |
| 68. -Fidelity Select Energy | | | | | Buy | 3/10 | K | | Exchange from Spartan 500 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Redemption | 5/2 | K | | Exchange to FidelityCanada |
| 70. -Fidelity Canada | | | | | Buy | 5/2 | K | | Exchange from Fid Sel Ener |
| 71. | | | | | Redemption | 11/28 | K | | Exchange to Fidelity Japan |
| 72. -Fidelity Japan | | | | | Buy | 11/28 | K | | Exchange from Fidel Canada |
| 73. | | | | | Sell part | 12/22 | J | | |
| 74. Vanguard IRA Acct#1 | A | Dividend | J | T | | | | | |
| 75. -VMMR Federal Portfolio | | | | | | | | | |
| 76. Amalgamated Bank Acct | | None | | | | | | | Closed in CY 05 |
| 77. Fidelity IRA Acct #3 | A | Dividend | K | T | | | | | |
| 78. -Fidelity Cash Reserves | | | | | | | | | |
| 79. -Spartan 500 Index Fund | . | | | | Transfer | 12/23 | J | | Transf from Fidelity IRA#1 |
| 80. | | | | | Sell | 12/27 | K | A | |
| 81. -Fidelity Latin America Fund | | | | | Buy | 12/27 | K | | |
| 82. Vanguard IRA Acct#2 | A | Dividend | K | T | | | | | |
| 83. | A | Distribution | | | | | | | |
| 84. -VSP Energy | | | | | | | | | |
| 85. JP Morgan Chase Accounts | A | Interest | J | T | | | | | Name change from Bank One |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Retirement Acct. | A | Interest | J | T | | | | | |
| 87. -Teachers Ins & Ann Assn | | | | | | | | | |
| 88. -Coll Rtrmnt Equ Fd | | | | | | | | | |
| 89. Schwab IRA Acct | E | Dividend | O | T | | | | | |
| 90. | E | Distribution | | | | | | | |
| 91. | A | Distribution | | | | | | | |
| 92. -Cash & Sweep MMF | | | | | | | | | |
| 93. -Prologis Trust Reit | | | | | Sell | 11/22 | K | D | |
| 94. -Alliance Res Partners LP | | | | | | | | | |
| 95. | | | | | Buy | 2/15 | J | | |
| 96. | | | | | Buy | 5/16 | J | | |
| 97. | | | | | Buy | 8/15 | J | | |
| 98. | | | | | Buy | 11/15 | J | | |
| 99. -XM Satellite Radio Holdings | | | | | | | | | |
| 100. -Provident Energy Trust | | | | | | | | | |
| 101. -Sirius Satellite Radio | | | | | | | | | |
| 102. -True Religion Apparel | | | | | Sell part | 6/29 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sell part | 12/15 | K | E | |
| 104. -Vanguard 500 Index Fund | | | | | Buy | 3/23 | J | | |
| 105. | | | | | Buy | 6/24 | J | | |
| 106. | | | | | Buy | 9/23 | J | | |
| 107. | | | | | Buy | 11/14 | J | | |
| 108. | | | | | Buy | 12/28 | J | | |
| 109. | | | | | Sell part | 2/28 | K | B | |
| 110. | | | | | Sell part | 6/7 | J | A | |
| 111. -Vanguard Cap Oppy Fund | | | | | Buy | 12/21 | J | | |
| 112. -Vanguard Short Term Investmt Grade Fd | | | | | Buy | 2/28 | J | | |
| 113. | | | | | Sell part | 2/28 | J | | |
| 114. -AES Corp | | | | | Sell part | 6/7 | K | D | |
| 115. | | | | | Sell | 8/1 | K | D | |
| 116. -Abercrombie & Fitch Cl A | | | | | | | | | |
| 117. -Bulldog Technologies Inc. | | | | | Sell | 2/22 | J | | |
| 118. -Fidelis Energy Inc. | | | | | Sell | 2/22 | J | | |
| 119. -Las Vegas Sands Corp. | | | | | Sell | 11/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Microsoft Corp. | | | | | Sell | 6/7 | K | | |
| 121. -Sinovac Biotech Ltd | | | | | Sell | 2/18 | J | | |
| 122. -Varian Medical Systems | | | | | Sell part | 4/4 | J | | |
| 123. -Williams Companies | | | | | Sell | 11/11 | K | C | |
| 124. -TRowe Price New Era Fd | | | | | Buy | 12/13 | J | | |
| 125. -Vanguard Energy Fund | | | | | Sell part | 11/10 | K | D | |
| 126. | | | | | Buy | 3/18 | J | | |
| 127. | | | | | Buy | 4/8 | K | | |
| 128. | | | | | Buy | 12/16 | J | | |
| 129. -Vanguard Precious Metals Fund | | | | | Sell | 6/6 | K | B | |
| 130. -Vanguard Small Cap Growth Index Fd | | | | | Sell | 4/7 | K | A | |
| 131. -Vanguard Wellesley Income Fd | | | | | Sell part | 7/19 | J | A | |
| 132. | | | | | Buy | 3/23 | J | | |
| 133. | | | | | Buy | 6/24 | J | | |
| 134. | | | | | Sell | 9/6 | J | A | |
| 135. -Diamonds Trust Ser 1 | | | | | | | | | |
| 136. -Ishares Russell 1000 Val Index Fd | | | | | Sell part | 7/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Nasdaq 100 shares | | | | | | | | | |
| 138. -Streetracks Gold Trust | | | | | Sell | 6/6 | J | | |
| 139. -Vanguard High Yield Corp Fund | | | | | Buy | 1/31 | J | | |
| 140. | | | | | Sell | 2/28 | J | A | |
| 141. -Best Buy Inc. | | | | | Buy | 11/28 | K | | |
| 142. -Conocophillips | | | | | Buy | 7/6 | K | | |
| 143. | | | | | Buy | 9/2 | J | | |
| 144. | | | | | Buy | 12/2 | J | | |
| 145. | | | | | Sell part | 11/8 | K | B | |
| 146. | | | | | Sell part | 11/11 | J | A | |
| 147. -Fording CA Coal Trust Units | | | | | Buy | 11/28 | K | | |
| 148. -Ishares MSCI Fd Australia Index | | | | | Buy | 7/5 | K | | |
| 149. -Ishares MSCI Japan Index Fund | | | | | Buy | 12/2 | K | | |
| 150. | | | | | Buy | 12/15 | J | | |
| 151. -Ishares S&P Latin America Index Fund | | | | | Buy | 12/15 | K | - | |
| 152. -Mid Cap SPDR Trust Unit Ser 1 | | | | | Buy | 11/25 | K | | |
| 153. -Pimco Corporate Oppty Fund | | | | | Buy | 7/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Terex Corp. | | | | | Buy | 8/2 | K | | |
| 155. -Titanium Metals Corp New | | | | | Buy | 11/17 | K | | |
| 156. | | | | | Sell part | 12/13 | K | B | |
| 157. -Vanguard Index Fds Large Cap Vipers | | | | | Buy | 11/25 | K | | |
| 158. -Vanguard Index Fds Mid Cap Vipers | | | | | Buy | 11/25 | K | | |
| 159. -Nuveen Pfd & Conv Income Fd | | | | | Buy | 7/7 | K | | |
| 160. | | | | | Sell part | 8/1 | K | A | |
| 161. -ICAP Euro Select Equity Portfolio | | | | | Buy | 3/16 | K | | |
| 162. | | | | | Sell | 5/9 | K | | |
| 163. -Haemonetics Corp. | | | | | Buy | 3/21 | K | | |
| 164. | | | | | Sell | 7/7 | K | | |
| 165. -Meritage Homes Corp. | | | | | Buy | 8/8 | K | | |
| 166. | | | | | Sell | 9/6 | K | | |
| 167. -Eagle Bulk Shipping Inc | | | | | Buy | 9/16 | K | | |
| 168. | | | | | Sell | 11/3 | J | | |
| 169. -Viisage Technology Inc. | | | | | Buy | 7/28 | J | | |
| 170. | | | | | Sell | 11/3 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns BI and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
3. Value Method Codes      P3 =$25,000,001 - $50,000,000      R =Cost (Real Estate Only)      P4 =More than $50,000,000      T =Cash Market
(See Column C2)      Q =Appraisal      V =Other      S =Assessment
     U =Book Value      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Indymac Bancorp Inc. | | | | | Buy | 2/22 | K | | |
| 172. | | | | | Sell | 11/3 | K | | |
| 173. -Convera Corp. | | | | | Buy | 10/12 | K | | |
| 174. | | | | | Sell | 11/7 | K | C | |
| 175. -Amern Home Mortgage Invt REIT | | | | | Buy | 7/19 | K | | |
| 176. | | | | | Sell | 9/22 | J | | |
| 177. -Identix Inc. | | | | | Buy | 7/28 | J | | |
| 178. | | | | | Sell | 11/14 | J | | |
| 179. -Ishares Russell Microcap Index Fund | | | | | Buy | 11/14 | K | | |
| 180. | | | | | Sell | 11/16 | K | | |
| 181. -Crescent Real Est Eq Co REIT | | | | | Buy | 9/6 | K | | |
| 182. | | | | | Buy | 11/16 | J | | |
| 183. | | | | | Sell | 11/21 | K | A | |
| 184. -Cisco Systems Inc. | | | | | Buy | 7/1 | K | | |
| 185. | | | | | Sell | 11/28 | K | | |
| 186. -ICICI Bank Ltd ADR F | | | | | Buy | 7/28 | J | | |
| 187. | | | | | Sell | 11/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -IBM Stock | | | | | Buy | 11/25 | K | | |
| 189. | | | | | Sell | 12/21 | K | | |
| 190. -Live Oak Health Sciences Fund | | | | | Buy | 11/14 | K | | |
| 191. | | | | | Sell | 12/15 | K | A | |
| 192. -Perritt Micro Cap Opp Fund | | | | | Buy | 11/14 | K | | |
| 193. | | | | | Buy | 11/30 | J | | |
| 194. | | | | | Sell | 12/8 | K | | |
| 195. Schwab One Account | | | | | | | | | |
| 196. -Schwab Tax Exempt MMF | A | Dividend | K | T | | | | | |
| 197. -Diamonds Trust Ser 1 | | None | | | Sell | 1/18 | J | A | |
| 198. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 199. Retirement - Fidelity Northwestern University | A | Dividend | J | T | | | | | |
| 200. Retirement (Fidelity) | C | Dividend | N | T | | | | | |
| 201. Trust | E | Interest | P1 | T | | | | | |
| 202. | D | Dividend | | | | | | | |
| 203. | C | Distribution | | | | | | | |
| 204. | B | Royalty | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Wachovia Securities Brokerage Account | | | | | | | | | |
| 206. ---Harrahs Entertainment Inc. Common Stock | | | | | | | | | |
| 207. ---Plum Creek Timber Co. | | | | | | | | | |
| 208. ---Franklin Custodian Funds Inc. US Govt Secs | | | | | | | | | |
| 209. ---Lucent Technologies Inc. CS | | | | | | | | | |
| 210. —AT&T Inc. CS | | | | | | | | | |
| 211. ---Intel Corp. Common Stock | | | | | | | | | |
| 212. ---Marriott Intl Inc. Common Stock | | | | | | | | | |
| 213. ---Cadbury Schweppes Del LP | | | | | Redemption | 4/18 | J | | |
| 214. ---Ball St Univ Rev Bonds | | | | | | | | | |
| 215. ---Cook Cnty IL gen rev bonds | | | | | | | | | |
| 216. ---Detroit MI City Schl Bonds | | | | | | | | | |
| 217. ---Jackson Cnty MI Wastewater Disp Bonds | | | | | | | | | |
| 218. ---Meridian MI Publ Schl Bonds | | | | | | | | | |
| 219. ---South Redford MI Sch Bonds | | | | | | | | | |
| 220. ---Wisconsin St Transn Bonds | | | | | | | | | |
| 221. —Avaya Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ---Hugoton Royalty Trust | | | | | | | | | |
| 223. ---Allen Cnty IN comm bonds | | | | | | | | | |
| 224. ---Kent County MI rev bonds | | | | | | | | | |
| 225. ---Belding MI school bonds | | | | | | | | | |
| 226. ---Zeeland MI pub school Bonds | | | | | | | | | |
| 227. ---Chicago O'Hare Rev Bonds | | | | | | | | | |
| 228. ---Agere Systems Inc. | | | | | | | | | |
| 229. ---Alabama Power Pfd - ALPN | | | | | | | | | |
| 230. ---Bear Steams Pfd | | | | | | | | | |
| 231. ---Citigroup Inc. Pfd | | | | | | | | | |
| 232. ---FNMA Pfd | | | | | | | | | |
| 233. ---General Motors Acc Corp | | | | | | | | | |
| 234. ---Pengrowth Energy Trust | | | | | | | | | |
| 235. ---Pimco Muni Income Fund | | | | | | | | | |
| 236. ---Pioneer Muni High Inc Trust | | | | | | | | | |
| 237. ---Alabama Power Co Pfd - ALPP | | | | | | | | | |
| 238. ---Prologis Trust New Reit | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. ---Kinder Morgan Energy Ptrs LP | | | | | | | | | |
| 240. ---Buckeye Partners LP | | | | | | | | | |
| 241. ---Comcast Corp New | | | | | | | | | |
| 242. ---Money Market Fund | | | | | | | | | |
| 243. -State of Israel Bonds | A | Interest | J | T | | | | | |
| 244. Fidelity Investment Acct #2 | | | | | | | | | |
| 245. -Bank of America Corp. | C | Dividend | L | T | | | | | |
| 246. -First Oak Brook Bancshares Inc. Cl A | A | Dividend | K | T | | | | | |
| 247. -Newmont Mng Corp Hldg Co. | A | Dividend | | | Sell part | 1/24 | J | | |
| 248. | | | | | Sell | 4/7 | J | | |
| 249. -Spartan 500 Index | A | Dividend | | | Sell | 5/16 | K | | |
| 250. -Provident Energy Trust Canada | B | Dividend | K | T | | | | | |
| 251. -Easton PA Area JT Sch Rev Bonds | B | Interest | K | T | | | | | |
| 252. -MN St Hsg Fin Agy Single Fam Mtg Rev Bds | A | Interest | | | Redeem part | 4/1 | J | | |
| 253. | | | | | Redemption | 4/8 | J | | |
| 254. -Wisconsin St Health & Edl Facs Auth Rev Bds | C | Interest | L | T | | | | | |
| 255. -XM Satellite Radio | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -IL State Bonds | | None | K | T | Redeem part | 8/1 | K | | |
| 257. -Alabama Power Co Pfd APRDN | A | Dividend | | | Sell | 1/2 | K | | |
| 258. -Alabama Power Co Pfd APRDP | B | Dividend | K | T | | | | | |
| 259. -Spartan Total Market Index | A | Dividend | | | Sell | 5/16 | K | | |
| 260. -Nuveen Insd Quality Muni Fd | A | Dividend | | | Sell | 4/7 | K | | |
| 261. -General Electric Co | A | Dividend | | | Sell | 11/7 | K | C | |
| 262. -Sirius Satellite Radio Inc. | | None | J | T | | | | | |
| 263. -Southern Union Co New | | None | J | T | Sell part | 1/26 | J | | |
| 264. | | | | | Sell part | 8/22 | J | A | |
| 265. -Varian Medical Sys Inc. | | None | K | T | Sell part | 4/22 | J | | |
| 266. -Fidelity Canada | | None | | | Sell | 11/25 | K | D | |
| 267. -Spartan Extended Market Index | A | Dividend | | | Sell | 5/16 | K | A | |
| 268. -T Rowe Price Latin America Fund | A | Dividend | K | T | | | | | |
| 269. -T Rowe Price New Era | A | Dividend | K | T | | | | | |
| 270. | B | Distribution | | | | | | | |
| 271. -Vanguard Energy | A | Dividend | J | T | Sell part | 11/11 | K | D | |
| 272. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Convera Corp. | | None | | | Buy | 10/12 | J | | |
| 274. | | | | | Sell | 12/8 | J | A | |
| 275. -Crescent Real Estate Equities Corp. | A | Dividend | | | Buy | 9/13 | K | | |
| 276. | A | Distribution | | | Sell | 11/21 | K | | |
| 277. -Enterra Energy Trust | A | Dividend | | | Buy | 9/13 | K | | |
| 278. | | | | | Sell | 11/7 | K | A | |
| 279. -Fidelity Int'l Discovery | A | Dividend | J | T | Buy | 1/3 | J | | |
| 280. | A | Distribution | | | Sell part | 9/15 | J | A | |
| 281. -Indymac Bancorp Inc. | A | Dividend | | | Buy | 7/7 | K | | |
| 282. | | | | | Sell part | 10/3 | J | | |
| 283. | | | | | Sell | 10/26 | J | | |
| 284. -Titanium Metals Corp. | | None | J | T | Buy | 11/17 | K | | |
| 285. | | | | | Sell part | 12/13 | J | B | |
| 286. -Royce Value Plus Investment Class | | None | | | Buy | 1/2 | K | | |
| 287. | | | | | Sell | 4/7 | J | | |
| 288. -Fording Cdn Coal Tr Unit | | None | J | T | Buy | 12/1 | J | | |
| 289. -LSI Logic Corp. | | None | K | T | Buy | 2/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sell part | 4/7 | J | | |
| 291. -Ishares Tr Dow Jones Select Divid. | | None | | | Buy | 7/11 | K | | |
| 292. | | | | | Sell | 9/6 | K | A | |
| 293. -National Oilwell Varco Inc. | | None | | | Buy | 8/2 | K | | |
| 294. | | | | | Sell part | 11/7 | J | B | |
| 295. | | | | | Sell | 11/11 | J | | |
| 296. -Ishares Tr Russell 2000 Index Fd | | None | | | Buy | 11/14 | K | | |
| 297. | | | | | Sell | 11/16 | K | | |
| 298. -Fidelity Floating Rate High Income | | None | | | Buy | 1/2 | J | | |
| 299. | | | | | Sell | 9/6 | J | A | |
| 300. -Aegon NV Perp Cap Secs | A | Dividend | K | T | Buy | 7/7 | K | | |
| 301. -Cameco Corp. | A | Dividend | K | T | Buy | 7/7 | K | | |
| 302. -Ishares Tr S&P 500 Index Fd | A | Dividend | K | T | Buy | 11/14 | K | | |
| 303. -Ishares Tr S&P Midcap 400 Index | A | Dividend | K | T | Buy | 11/14 | K | | |
| 304. -S&P Mid Cap 400 Dep Rcpts | A | Dividend | K | T | Buy | 11/16 | K | | |
| 305. -Procter & Gamble Co. | A | Dividend | K | T | Buy | 8/2 | K | | |
| 306. -Vanguard Index Tr Vanguard Total Stk Mkt | A | Dividend | K | T | Buy | 11/25 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Zhone Technologies, Inc. | | None | J | T | Buy | 7/11 | J | | |
| 308. -Al Frank Dividend Value Fund | A | Dividend | K | T | Buy | 5/2 | K | | |
| 309. | A | Distribution | | | | | | | |
| 310. -Core Account - Cash | A | Interest | K | T | | | | | |
| 311. Merrill Lynch Brokerage Acct | | | | | | | | | |
| 312. -F&C Claymore Pfd Secs Inc Fd | A | Dividend | | | Sell | 4/1 | J | | |
| 313. -Citigroup Inc. | A | Dividend | J | T | | | | | |
| 314. -Pimco Corp Incm Fund | A | Dividend | | | | | | | |
| 315. | | | | | Buy | 1/20 | J | | |
| 316. | | | | | Buy | 3/7 | J | | |
| 317. | | | | | Sell | 4/1 | J | | |
| 318. -Debt Strategy Fund Inc. | A | Dividend | | | Sell | 4/1 | J | | |
| 319. -Pfizer Inc Del PV $0.05 | A | Dividend | | | Sell | 11/23 | J | | |
| 320. -St Paul Travelers Cos Crp | A | Dividend | J | T | | | | | |
| 321. -Visteon Corp Delaware | | None | J | T | | | | | |
| 322. -ING Principal Protection Fd | | None | | | Sell | 4/29 | L | | |
| 323. -ML Ready Asset Trust | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -Charter Communications Inc | | None | | | Sell | 11/23 | J | | |
| 325. -John Hancock Tax Adv Inc Fd | A | Dividend | | | Sell | 4/1 | J | | |
| 326. -Reaves Utility Income Fd | A | Dividend | | | Sell | 4/1 | J | | |
| 327. -Eaton Vance Enhncd Equity Fd | B | Dividend | J | T | | | | | |
| 328. | | | | | Buy | 1/25 | J | | |
| 329. | | | | | Buy | 3/8 | J | | |
| 330. | | | | | Sell part | 4/1 | L | | |
| 331. -Pimco Global Stockplus Income Fd | C | Dividend | L | T | Buy | 5/25 | L | | |
| 332. | | | | | Sell part | 12/2 | J | | |
| 333. -Enhanced Equity Yield Fund | C | Dividend | L | T | Buy | 5/4 | L | | |
| 334. | A | Distribution | | | | | | | |
| 335. -Titanium Metals Corp. New | | None | J | T | Buy | 11/23 | J | | |
| 336. | | | | | Buy | 12/2 | J | | |
| 337. | | | | | Sell part | 12/13 | J | | |
| 338. Sun Life Financial | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V. ██████████████████████████████████████████████ Regular dues are currrently $210 per month. Judges pay $60 per month, and pay for meals and services on the same basis as members.

Part VII, line 13. The Investment Club consists of 20 members. The values given in this report are aggregate values for the entire club, as required by the instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[ ]                                                                          Date 5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544